UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61113-CIV-COHN/SELTZER

NAJLA ABU JABER,

    Plaintiff,

v.

COMENITY BANK, DELTA
OUTSOURCE GROUP, INC.,
and PROFESSIONAL BUREAU OF
COLLECTIONS OF MARYLAND, INC.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT COMENITY BANK

**THIS CAUSE** is before the Court upon the Stipulation for Dismissal Without Prejudice as to Defendant Comenity Bank [DE 25].  The Court having reviewed this filing, and being otherwise advised in the premises, it is **ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED WITHOUT PREJUDICE** as to Defendant Comenity Bank only.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of October, 2013.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF