UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61113-CIV-COHN/SELTZER

NAJLA ABU JABER,

    Plaintiff,

v.

COMENITY BANK, DELTA
OUTSOURCE GROUP, INC.,
and PROFESSIONAL BUREAU OF
COLLECTIONS OF MARYLAND, INC.,

    Defendants.
_____/

### ORDER DISMISSING DEFENDANT PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.

**THIS CAUSE** is before the Court upon the Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendant Professional Bureau of Collections of Maryland, Inc. [DE 29]. The Court having reviewed this filing, and being otherwise advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITH PREJUDICE** as to Defendant Professional Bureau of Collections of Maryland, Inc., with each side to bear its own costs and attorneys' fees; and

2. The Court retains jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 28th day of October, 2013.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF