UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61113-JIC

NAJLA ABU JABER, individually,
    Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.
a foreign corporation, and PROFESSIONAL
BUREAU OF COLLECTIONS OF MARYLAND,
INC., a foreign corporation,
    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff NAJLA ABU JABER and Defendant DELTA OUTSOURCE GROUP, INC hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff as against DELTA OUTSOURCE GROUP, INC, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim against DELTA OUTSOURCE GROUP, INC, and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 3rd day of December, 2013.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste. 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

        By: /s/ Bret L. Lusskin, Esq.
            Bret L. Lusskin, Esq.
            Florida Bar No. 280690

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 3rd day of December, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste. 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By:  /s/ Bret L. Lusskin, Esq.
>      Bret L. Lusskin, Esq.
>      Florida Bar No. 28069