UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61113-JIC

NAJLA ABU JABER, individually,
    Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.
a foreign corporation,
    Defendants.
_____/

**NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DELTA OUTSOURCE GROUP, INC.**

    Plaintiff NAJLA ABU JABER and Defendant DELTA OUTSOURCE GROUP, INC. hereby give notice of settlement and agree that Plaintiff's action against Defendant DELTA OUTSOURCE GROUP, INC. should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

    WHEREFORE, the Plaintiff and Defendant DELTA OUTSOURCE GROUP, INC. respectfully request that this case be dismissed with prejudice as against DELTA OUTSOURCE GROUP, INC. with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

    Respectfully submitted this 16th day of December, 2013.

    BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By:   /s/ Bret L. Lusskin, Esq.
      Bret L. Lusskin, Esq.
      Florida Bar No. 280690

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 16th day of December, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By:     /s/ Bret L. Lusskin, Esq.
          Bret L. Lusskin, Esq.
          Florida Bar No. 280690