UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61113-CIV-COHN/SELTZER

NAJLA ABU JABER,

    Plaintiff,

v.

COMENITY BANK, DELTA
OUTSOURCE GROUP, INC.,
and PROFESSIONAL BUREAU OF
COLLECTIONS OF MARYLAND, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendant Delta Outsource Group, Inc. [DE 48].[1] The Court having reviewed this filing, and being informed that the remaining parties have settled this action, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendant Delta Outsource Group, Inc. [DE 48] is **GRANTED**;

2.     The above-styled action is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorney's fees;

3.     The Court retains jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms; and

---

[1] Delta Outsource Group, Inc., is the only remaining Defendant in this action, as the two other named Defendants were previously dismissed from the case.  See DE 27 (Order Dismissing Defendant Comenity Bank); DE 30 (Order Dismissing Defendant Professional Bureau of Collections of Maryland, Inc.).

4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of December, 2013.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF